**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

ARTHUR PARNELL, III,

No. C 05-04324 SBA (PR)

9
                    Petitioner,

**ORDER GRANTING PETITIONER'S**
**MOTION FOR AN EXTENSION OF**
**TIME TO APPEAL**

10
       v.

11
     MIKE EVANS, Warden,

(Docket no. 25)

12
                    Respondent.
                                              /

13

14          This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. § 2254.

15   Respondent's renewed motion to dismiss was granted on March 13, 2009.  Judgment was entered

16   that day.  Petitioner has filed a motion for an extension of time to file a notice of appeal and a

17   request for a certificate of appealability.

18          For good cause shown, the motion for an extension of time to appeal (docket no. 25) is

19   GRANTED.  The time in which Petitioner may file a notice of appeal and a request for a certificate

20   of appealability will be extended up to and including **May 15, 2009.**

21          This Order terminates Docket no. 25.

22          IT IS SO ORDERED.

23
     DATED: 4/22/09

24                                              SAUNDRA BROWN ARMSTRONG
                                                UNITED STATES DISTRICT JUDGE

25
26
27
28

P:\PRO-SE\SBA\HC.05\Parnell4324.EOT-COA.wpd

1   UNITED STATES DISTRICT COURT
    FOR THE
2   NORTHERN DISTRICT OF CALIFORNIA

3

4   PARNELL,                              Case Number: CV05-04324 SBA

                Plaintiff,
5                                         **CERTIFICATE OF SERVICE**

6     v.

7   EVANS et al,

                Defendant.
8   _____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11  That on April 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
    in the Clerk's office.

13

14

15  Arthur Parnell T50222
    Salinas Valley State Prison
16  P.O. Box 1050
    Soledad, CA 93960-1050

17

18  Dated: April 23, 2009

                                          Richard W. Wieking, Clerk
19                                        By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California